# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                      §
                                            §
PETROV, GUEORGUI G                          §   Case No. 13-48468 JPC
BONEVA, ANGELA                              §
                                            §
                                            §
            Debtor(s)                       §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]              $

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Joseph A. Baldi_____
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 13-48468 | Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | PETROV, GUEORGUI G | | Date Filed (f) or Converted (c): | 12/19/13 (f) |
| | BONEVA, ANGELA | | 341(a) Meeting Date: | 02/06/14 |
| For Period Ending: | 04/24/15 | | Claims Bar Date: | 07/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9737 N. Fox Glen Dr., #6C, Niles, IL | 100,000.00 | 0.00 | | 0.00 | FA |
| 2. TCF Bank-Checking | 2,005.00 | 0.00 | | 0.00 | FA |
| 3. MB Bank-Checking | 200.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry-costume | 200.00 | 0.00 | | 0.00 | FA |
| 7. stock-Professeional American Service Corp. | 6,000.00 | 1,505.00 | | 1,500.00 | FA |
| Settled with Debtors for non-exempt value per order 4/1/15 | | | | | |
| 8. Stock-Creative Solutions Enterprise | Unknown | 0.00 | | 0.00 | FA |
| 9. PI Claim v Walmart | Unknown | 0.00 | | 34,000.00 | FA |
| Trustee retained special counsel to prosecute lawsuit; settled per order, as amended, 1/27/15 | | | | | |
| 10. 2007 Dodge Sprinter | 11,500.00 | 4,100.00 | | 4,100.00 | FA |
| Debtor owns 50% interest with corporation; Settled with Debtors for non-exempt value per order 4/1/15 | | | | | |
| 11. 2012 Nissan Rogue | 15,000.00 | 0.00 | | 0.00 | FA |
| 12. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $137,405.00 | $5,605.00 | | $39,600.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee obtained court authority to retain special counsel to represent Trustee in prosecution of pre-petition PI

lawsuit against Walmart. Trustee settled PI lawsuit per order dated 12/16/14 and paid special counsel, Debtor's

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | |
|---|---|
| Case No: | 13-48468 |
| Case Name: | PETROV, GUEORGUI G |
| | BONEVA, ANGELA |
| Judge: | Jacqueline P. Cox |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Date Filed (f) or Converted (c): | 12/19/13 (f) |
| 341(a) Meeting Date: | 02/06/14 |
| Claims Bar Date: | 07/21/14 |

exemption and lien claims per amended order dated 1/27/15. Trustee investigated estate's interest in a vehicle and corporation. Trustee compromised with Debtors and recovered 99% of the non-exempt value of the vehicle and corporation per order 4/1/15. Trustee reviewed claims and prepared the TFR.

Initial Projected Date of Final Report (TFR): 06/30/16      Current Projected Date of Final Report (TFR): 06/30/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-48468 -JPC | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | PETROV, GUEORGUI G | | Bank Name: | Associated Bank |
| | BONEVA, ANGELA | | Account Number / CD #: | *******7436 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4161 | | | |
| For Period Ending: | 04/24/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/15 | 9 | O'CONNOR NAKOS | BONEVA V. WALMART - SETTLEMENT | | 6,740.84 | | 6,740.84 |
| | | CLIENT FUNDS ACCOUNT | | | | | |
| | | 120 N. LASALLE STREET, STE. 3500 | | | | | |
| | | CHICAGO, IL 60602 | | | | | |
| | | O'CONNOR & NAKOS | Memo Amount:    (      11,333.33 ) | 3210-600 | | | |
| | | | Special Counsel Fees | | | | |
| | | ANGELA BONEVA | Memo Amount:    (      15,000.00 ) | 8100-000 | | | |
| | | | Debtor's Exemption | | | | |
| | | O'CONNOR & NAKOS | Memo Amount:    (         925.83 ) | 3220-000 | | | |
| | | | Special Counsel expenses | | | | |
| | | | Memo Amount:          34,000.00 | 1142-000 | | | |
| | | | Settlement of Boneva v Walmart | | | | |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,730.84 |
| 02/18/15 | 001001 | SUBURBAN ORTHOPEDICS | PHYSICIANS LIEN CLAIM | 4220-000 | | 910.00 | 5,820.84 |
| | | 800 BIESTERFIELD RD | Allowed per Court Order dated January 27, 2015 | | | | |
| | | #565 | | | | | |
| | | ELK GROVE VILLAGE, IL  60007 | | | | | |
| 02/20/15 | 001002 | ARTHUR B. LEVINE COMPANY | 2015 Bond premium | 2300-000 | | 4.04 | 5,816.80 |
| | | 60 East 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, New York 10165 | | | | | |
| 03/03/15 | 7, 10 | BMO HARRIS BANK - CASHIER'S CHECK | PASC & DODGE per order 4/1/15 | 1129-000 | 5,600.00 | | 11,416.80 |
| | | REMITTER: PROWEDOIT, CORP | | | | | |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,406.80 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.46 | 11,390.34 |

Page Subtotals          12,340.84          950.50

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 18.04

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 13-48468 -JPC |
| Case Name: | PETROV, GUEORGUI G |
| | BONEVA, ANGELA |
| Taxpayer ID No: | *******4161 |
| For Period Ending: | 04/24/15 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******7436 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 34,000.00 | COLUMN TOTALS | 12,340.84 | 950.50 | 11,390.34 |
| Memo Allocation Disbursements: | 27,259.16 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 12,340.84 | 950.50 | |
| Memo Allocation Net: | 6,740.84 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 12,340.84 | 950.50 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 34,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 27,259.16 | Checking Account (Non-Interest Earn - ********7436) | 12,340.84 | 950.50 | 11,390.34 |
| Total Memo Allocation Net: | 6,740.84 | | 12,340.84 | 950.50 | 11,390.34 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS CLAIMS REGISTER-PRIORITY CLAIMS | | | | Date: April 24, 2015 |
|---|---|---|---|---|---|---|

Case Number:   13-48468  
Debtor Name:   PETROV, GUEORGUI G

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602 | Administrative | | $3,210.00 | $0.00 | $3,210.00 |
| | Subtotal For Claim Type 2100-00  Trustee Compensation | | | $3,210.00 | $0.00 | $3,210.00 |
| BOND 001<br>2300-00 | ARTHUR B. LEVINE COMPANY<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Administrative | <br><br><br>2221657436   02/20/15   1002 | $4.04 | $4.04<br><br><br>4.04 | $0.00 |
| | Subtotal For Claim Type 2300-00  Bond Payments | | | $4.04 | $4.04 | $0.00 |
| 001<br>3110-00 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Administrative | | $4,144.00 | $0.00 | $4,144.00 |
| | Subtotal For Claim Type 3110-00  Attorney for Trustee Fees (Trustee | | | $4,144.00 | $0.00 | $4,144.00 |
| 001<br>3120-00 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Administrative | | $27.14 | $0.00 | $27.14 |
| | Subtotal For Claim Type 3120-00  Attorney for Trustee Expenses | | | $27.14 | $0.00 | $27.14 |
| 001<br>3210-60 | O'Connor & Nakos | Administrative | <br><br>2221657436   01/26/15   5 | $11,333.33 | $11,333.33<br><br>11,333.33 | $0.00 |
| | Subtotal For Claim Type 3210-60  Special Counsel for Trustee Fees | | | $11,333.33 | $11,333.33 | $0.00 |
| 001<br>3220-00 | O'Connor & Nakos | Administrative | <br><br>2221657436   01/26/15   15 | $925.83 | $925.83<br><br>925.83 | $0.00 |
| | Subtotal For Claim Type 3220-00  Attorney for Trustee Expenses | | | $925.83 | $925.83 | $0.00 |
| 050<br>4220-00 | SUBURBAN ORTHOPEDICS<br>800 BIESTERFIELD RD<br>#565<br>ELK GROVE VILLAGE, IL  60007 | Secured | <br><br>2221657436   02/18/15   1001 | $910.00 | $910.00<br><br>910.00 | $0.00 |
| | Subtotal For Claim Type 4220-00  Personal Prop & Intang - Non | | | $910.00 | $910.00 | $0.00 |
| 000006<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | | $1,820.94 | $0.00 | $1,820.94 |
| | Subtotal For Claim Type 5800-00  Gov't Priority Taxes - 507(a)(8) | | | $1,820.94 | $0.00 | $1,820.94 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS CLAIMS REGISTER-PRIORITY CLAIMS | | | Date: April 24, 2015 |

Case Number:    13-48468
Debtor Name:    PETROV, GUEORGUI G

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $13,107.82 | $0.00 | $13,107.82 |
| 000002 070 7100-00 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $13,760.24 | $0.00 | $13,760.24 |
| 000003 070 7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $3,187.50 | $0.00 | $3,187.50 |
| 000004 070 7100-00 | Portfolio Recovery Associates, LLC<br>successor to GENERAL ELECTRIC CAPITAL<br>CORP<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $3,610.21 | $0.00 | $3,610.21 |
| 000005 070 7100-00 | Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE, N.A.<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $16,864.34 | $0.00 | $16,864.34 |
| | Subtotal For Claim Type 7100-00  General Unsecured 726(a)(2) | | | $50,530.11 | $0.00 | $50,530.11 |
| 000006A 080 7200-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Unsecured | | $5,552.00 | $0.00 | $5,552.00 |
| | Subtotal For Claim Type 7200-00  Tardy General Unsecured 726(a)(3) | | | $5,552.00 | $0.00 | $5,552.00 |
| 999 8100-00 | Angela Boneva | Unsecured | | $15,000.00 | $15,000.00 | $0.00 |
| | | | 2221657436    01/26/15    10 | | 15,000.00 | |
| | Subtotal For Claim Type 8100-00  Debtor Exemptions | | | $15,000.00 | $15,000.00 | $0.00 |
| | Case Totals: | | | $93,457.39 | $28,173.20 | $65,284.19 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-48468 JPC
Case Name: PETROV, GUEORGUI G
    BONEVA, ANGELA
Trustee Name: Joseph A. Baldi

Balance on hand     $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | SUBURBAN ORTHOPEDICS | $ | $ | $ | $ |

Total to be paid to secured creditors     $_____

Remaining Balance     $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ | $ | $ |
| Attorney for Trustee Fees: BALDI BERG | $ | $ | $ |
| Attorney for Trustee Expenses: BALDI BERG | $ | $ | $ |
| Other: O'Connor & Nakos | $ | $ | $ |
| Other: ARTHUR B. LEVINE COMPANY | $ | $ | $ |
| Other: O'Connor & Nakos | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors                                  $_____

Remaining Balance                                                             $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | PYOD, LLC its successors and assigns as | $ | $ | $ |
| 000003 | American Express Centurion Bank | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000005 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance                                          $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006A | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to tardy general unsecured creditors       $_____

Remaining Balance                                          $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE