# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                        §
                                              §
                                              §
PETROV, GUEORGUI G                            §    Case No. 13-48468
BONEVA, ANGELA                                §
                                              §
                                              §
            Debtor(s)                         §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            U.S. Bankruptcy Court
            219 S. Dearborn, 7th Floor
            Chicago, Illinois  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
            9:30 a.m., on Thursday, July 16, 2015
            in Courtroom   680, U.S. Courthouse
            219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____
                                              Clerk of Bankruptcy Court


*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
PETROV, GUEORGUI G § Case No. 13-48468
BONEVA, ANGELA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 39,600.00 |
| and approved disbursements of | $ | 28,209.66 |
| leaving a balance on hand of[1] | $ | 11,390.34 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | SUBURBAN ORTHOPEDICS | $ 910.00 | $ 910.00 | $ 910.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 11,390.34 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 3,210.00 | $ 0.00 | $ 3,210.00 |
| Attorney for Trustee Fees: BALDI BERG | $ 4,144.00 | $ 0.00 | $ 4,144.00 |
| Attorney for Trustee Expenses: BALDI BERG | $ 27.14 | $ 0.00 | $ 27.14 |
| Other: O'Connor & Nakos | $ 11,333.33 | $ 11,333.33 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: ARTHUR B. LEVINE COMPANY | $ 4.04 | $ 4.04 | $ 0.00 |
| Other: O'Connor & Nakos | $ 925.83 | $ 925.83 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 7,381.14 |
| Remaining Balance | | | $ 4,009.20 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,820.94 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Illinois Department of Revenue | $ 1,820.94 | $ 0.00 | $ 1,820.94 |
| Total to be paid to priority creditors | | | | $ 1,820.94 |
| Remaining Balance | | | | $ 2,188.26 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,530.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 13,107.82 | $ 0.00 | $ 567.65 |
| 000002 | PYOD, LLC its successors and assigns as | $ 13,760.24 | $ 0.00 | $ 595.90 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | American Express Centurion Bank | $ 3,187.50 | $ 0.00 | $ 138.04 |
| 000004 | Portfolio Recovery Associates, LLC | $ 3,610.21 | $ 0.00 | $ 156.34 |
| 000005 | Portfolio Recovery Associates, LLC | $ 16,864.34 | $ 0.00 | $ 730.33 |

Total to be paid to timely general unsecured creditors            $            2,188.26

Remaining Balance                                                 $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 5,552.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006A | Illinois Department of Revenue | $ 5,552.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors             $                0.00

Remaining Balance                                                 $                0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
                                 Joseph A. Baldi, Trustee

*Joseph A. Baldi*

*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-48468-JPC
Gueorgui G Petrov                                                   Chapter 7
Angela Boneva
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0752-1           User: froman              Page 1 of 2           Date Rcvd: Jun 18, 2015
                               Form ID: pdf002          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2015.
```
db/jdb         +Gueorgui G Petrov,    Angela Boneva,    9737 N Fox Glen Dr,    Unit 6C,    Niles, IL 60714-5831
aty            +Baldi Berg, Ltd.,    20 N. Clark Street,    Suite 200,    Chicago,, IL 60602-4120
21349321        ARS National Services, Inc.,    PO Box 463023,    Escondido, CA 92046-3023
22145369        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21349306       +American Express Centurion Bank,    PO Box 981537,    El Paso, TX 79998-1537
21349319       +Blatt, Hasenmiller, Leibsker & Moore, LLC,    125 S Wacker Dr. Suite 400,
                 Chicago, IL 60606-4440
21349308       +Chase Bank/ J.P. Morgan Chase,    PO Box 15298,    Wilmington, DE 19850-5298
21349312        Citibank NA,    PO Box 6497,    Sioux Falls, SD 57117-6497
21349304       +Citimortgage,    PO Box 6243,    Sioux Falls, SD 57117-6243
21349324       +Creative Solutions Enterprise Inc,    c/o Josef U Skroch,    9126 N Lincoln Dr APT 2B,
                 Des Plaines, IL 60016-4947
21349315       +Firstsource Advantage LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
21349313       #+Global Credit & Collection,    2699 Lee Rd,    Suite 330,    Winter Park, FL 32789-1740
22973774        Illinois Department of Revenue,    Bankruptcy Section Suite 7-400,    PO BOX 64338,
                 Chicago, IL. 60664-0338
21349325       +Josef U Skroch,    9126 N Lincoln Dr APT 2B,    Des Plaines, IL 60016-4947
21349314       +MRS Associates of New Jersey,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
21349316       +Macys-Dept Stores National Bank,    PO Box 8218,    Mason, OH 45040-8218
21349322       +NCB Management Services, INC.,    PO Box 1099,    Langhorne, PA 19047-6099
21349305      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan Motor Acceptance,    7900 Ridgepoint Drive,
                 Irving, TX 75063)
21349320       +Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
21349309      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates LLC,    120 Corporate Blvd,
                 Norfolk, VA 23502)
21349327        T-Mobile,    Bankruptcy Department,    PO Box 53410,    Bellevue, WA 98015-3410
21349323       +TCF Bank,    800 Burr Ridge PKWY,    Burr Ridge, IL 60527-0865
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21349326       +E-mail/Text: gl7768@att.com Jun 19 2015 00:55:05      AT&T,   Bankruptcy Department,
                 PO Box 769,    Arlington, TX 76004-0769
21349307       +E-mail/Text: mmeyers@blittandgaines.com Jun 19 2015 00:57:08       Blitt and Gaines, PC,
                 661 Glenn Ave,    Wheeling, IL 60090-6017
21835190        E-mail/PDF: mrdiscen@discover.com Jun 19 2015 00:58:26      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21349310       +E-mail/PDF: mrdiscen@discover.com Jun 19 2015 00:58:26      Discover Financial SVCS LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
21349311       +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2015 00:51:58      GECRB/Care Credit,
                 PO Box 965005,    Orlando, FL 32896-5005
22011927       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2015 00:51:38
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 6
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
21349318*      +Chase Bank/ J.P. Morgan Chase,    PO Box 15298,    Wilmington, DE 19850-5298
22181064*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    successor to CAPITAL ONE, N.A.,
                 PO Box 41067,    Norfolk, VA 23541)
22181058*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
                 successor to GENERAL ELECTRIC CAPITAL,    CORP,    PO Box 41067,    Norfolk, VA 23541)
21349317      ##+Baker & Miller, P.C.,    29 N Wacker Dr,    Suite 500,    Chicago, IL 60606-3227
                                                                                 TOTALS: 0, * 3, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: froman              Page 2 of 2            Date Rcvd: Jun 18, 2015
                              Form ID: pdf002           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2015 at the address(es) listed below:
          Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
           jmanola@baldiberg.com
          Joseph A Baldi, Tr    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
           jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Neal   Gainsberg    on behalf of Debtor Gueorgui G Petrov neal@gainsberglaw.com,   nstu1@aol.com,
          Neal   Gainsberg    on behalf of Joint Debtor Angela  Boneva neal@gainsberglaw.com,  nstu1@aol.com,
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```