# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PETROV, GUEORGUI G | § | Case No. 13-48468 |
| BONEVA, ANGELA | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 82,800.00                      Assets Exempt: 59,000.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 4,919.20      Claims Discharged
                                                 Without Payment: 103,517.85

Total Expenses of Administration: 19,680.80

3) Total gross receipts of $ 39,600.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 24,600.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 113,300.00 | $ 910.00 | $ 910.00 | $ 910.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 19,680.80 | 19,680.80 | 19,680.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 1,820.94 | 1,820.94 | 1,820.94 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 83,725.00 | 56,082.11 | 56,082.11 | 2,188.26 |
| **TOTAL DISBURSEMENTS** | $ 197,025.00 | $ 78,493.85 | $ 78,493.85 | $ 24,600.00 |

4) This case was originally filed under chapter 7 on 12/19/2013 . The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/15/2015     By:/s/Joseph A. Baldi
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| stock-Professeional American Service Corp. | 1129-000 | 1,500.00 |
| 2007 Dodge Sprinter | 1129-000 | 4,100.00 |
| Personal Injury Litigation | 1142-000 | 34,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$39,600.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Angela Boneva | Exemptions | 8100-000 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage | | 100,000.00 | NA | NA | 0.00 |
| | Nissan Motor Acceptance | | 13,300.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SUBURBAN ORTHOPEDICS | 4220-000 | NA | 910.00 | 910.00 | 910.00 |
| **TOTAL SECURED CLAIMS** | | | $ 113,300.00 | $ 910.00 | $ 910.00 | $ 910.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | 2100-000 | NA | 3,210.00 | 3,210.00 | 3,210.00 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 4.04 | 4.04 | 4.04 |
| Associated Bank | 2600-000 | NA | 36.46 | 36.46 | 36.46 |
| BALDI BERG | 3110-000 | NA | 4,144.00 | 4,144.00 | 4,144.00 |
| BALDI BERG | 3120-000 | NA | 27.14 | 27.14 | 27.14 |
| O'CONNOR & NAKOS | 3210-600 | NA | 11,333.33 | 11,333.33 | 11,333.33 |
| O'CONNOR & NAKOS | 3220-000 | NA | 925.83 | 925.83 | 925.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 19,680.80 | $ 19,680.80 | $ 19,680.80 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 1,820.94 | 1,820.94 | 1,820.94 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 1,820.94 | $ 1,820.94 | $ 1,820.94 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T | | 600.00 | NA | NA | 0.00 |
| | Chase Bank/ J.P. Morgan Chase | | 27,076.00 | NA | NA | 0.00 |
| | Chase Bank/ J.P. Morgan Chase | | 5,046.00 | NA | NA | 0.00 |
| | Creative Solutions Enterprise Inc | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Josef U Skroch | | 0.00 | NA | NA | 0.00 |
| | Macys-Dept Stores National Bank | | 2,142.00 | NA | NA | 0.00 |
| | Portfolio Recovery Associates LLC  former HSBC Nevada | | 13,660.00 | NA | NA | 0.00 |
| | T-Mobile | | 500.00 | NA | NA | 0.00 |
| | TCF Bank | | 600.00 | NA | NA | 0.00 |
| 000003 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 3,188.00 | 3,187.50 | 3,187.50 | 138.04 |
| 000001 | DISCOVER BANK | 7100-000 | 13,792.00 | 13,107.82 | 13,107.82 | 567.65 |
| 000004 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 3,361.00 | 3,610.21 | 3,610.21 | 156.34 |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 16,864.34 | 16,864.34 | 730.33 |
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 13,760.00 | 13,760.24 | 13,760.24 | 595.90 |
| 000006A | ILLINOIS DEPARTMENT OF REVENUE | 7200-000 | NA | 5,552.00 | 5,552.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 83,725.00 | $ 56,082.11 | $ 56,082.11 | $ 2,188.26 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 13-48468 | Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | PETROV, GUEORGUI G | | Date Filed (f) or Converted (c): | 12/19/13 (f) |
| | BONEVA, ANGELA | | 341(a) Meeting Date: | 02/06/14 |
| For Period Ending: | 09/15/15 | | Claims Bar Date: | 07/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9737 N. Fox Glen Dr., #6C, Niles, IL | 100,000.00 | 0.00 | | 0.00 | FA |
| 2. TCF Bank-Checking | 2,005.00 | 0.00 | | 0.00 | FA |
| 3. MB Bank-Checking | 200.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry-costume | 200.00 | 0.00 | | 0.00 | FA |
| 7. stock-Professeional American Service Corp. | 6,000.00 | 1,505.00 | | 1,500.00 | FA |
| Settled with Debtors for non-exempt value per order 4/1/15 | | | | | |
| 8. Stock-Creative Solutions Enterprise | Unknown | 0.00 | | 0.00 | FA |
| 9. PI Claim v Walmart | Unknown | 0.00 | | 34,000.00 | FA |
| Trustee retained special counsel to prosecute lawsuit; settled per order, as amended, 1/27/15 | | | | | |
| 10. 2007 Dodge Sprinter | 11,500.00 | 4,100.00 | | 4,100.00 | FA |
| Debtor owns 50% interest with corporation; Settled with Debtors for non-exempt value per order 4/1/15 | | | | | |
| 11. 2012 Nissan Rogue | 15,000.00 | 0.00 | | 0.00 | FA |
| 12. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $137,405.00 | $5,605.00 | | $39,600.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee obtained court authority to retain special counsel to represent Trustee in prosecution of pre-petition PI

lawsuit against Walmart. Trustee settled PI lawsuit per order dated 12/16/14 and paid special counsel, Debtor's

LFORM1 Ver: 18.05

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Case 13-48468    Doc 57    Filed 10/15/15    Entered 10/15/15 14:26:49    Desc Main
            Document      Page 8 of 11

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 13-48468 | Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi |
| Case Name: | PETROV, GUEORGUI G | | Date Filed (f) or Converted (c): | 12/19/13 (f) |
| | BONEVA, ANGELA | | 341(a) Meeting Date: | 02/06/14 |
| | | | Claims Bar Date: | 07/21/14 |

exemption and lien claims per amended order dated 1/27/15. Trustee investigated estate's interest in a vehicle and corporation. Trustee compromised with Debtors and recovered 99% of the non-exempt value of the vehicle and corporation per order 4/1/15. Trustee reviewed claims and prepared the TFR. TFR filed. Final hearing scheduled 7/16/15.

July 22, 2015, 04:42 pm Final report approved, distribution made. Will prepare TDR once all checks clear.

Initial Projected Date of Final Report (TFR): 06/30/16     Current Projected Date of Final Report (TFR): 06/30/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-48468 -JPC | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | PETROV, GUEORGUI G | Bank Name: | Associated Bank |
| | BONEVA, ANGELA | Account Number / CD #: | *******7436 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4161 | | |
| For Period Ending: | 09/15/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/15 | 9 | O'CONNOR NAKOS<br>CLIENT FUNDS ACCOUNT<br>120 N. LASALLE STREET, STE. 3500<br>CHICAGO, IL 60602 | BONEVA V. WALMART - SETTLEMENT | | 6,740.84 | | 6,740.84 |
| | | O'CONNOR & NAKOS | Memo Amount: ( 11,333.33 )<br>Special Counsel Fees | 3210-600 | | | |
| | | ANGELA BONEVA | Memo Amount: ( 15,000.00 )<br>Debtor's Exemption | 8100-000 | | | |
| | | O'CONNOR & NAKOS | Memo Amount: ( 925.83 )<br>Special Counsel expenses | 3220-000 | | | |
| | | | Memo Amount: 34,000.00<br>Settlement of Boneva v Walmart | 1142-000 | | | |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,730.84 |
| 02/18/15 | 001001 | SUBURBAN ORTHOPEDICS<br>800 BIESTERFIELD RD<br>#565<br>ELK GROVE VILLAGE, IL 60007 | PHYSICIANS LIEN CLAIM<br>Allowed per Court Order dated January 27, 2015 | 4220-000 | | 910.00 | 5,820.84 |
| 02/20/15 | 001002 | ARTHUR B. LEVINE COMPANY<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | 2015 Bond premium | 2300-000 | | 4.04 | 5,816.80 |
| 03/03/15 | 7, 10 | BMO HARRIS BANK - CASHIER'S CHECK<br>REMITTER: PROWEDOIT, CORP | PASC & DODGE per order 4/1/15 | 1129-000 | 5,600.00 | | 11,416.80 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,406.80 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.46 | 11,390.34 |
| 07/16/15 | 001003 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200 | Trustee Compensation | 2100-000 | | 3,210.00 | 8,180.34 |

Page Subtotals    12,340.84    4,160.50

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-48468 -JPC | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | PETROV, GUEORGUI G | Bank Name: | Associated Bank |
| | BONEVA, ANGELA | Account Number / CD #: | *******7436 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4161 | | |
| For Period Ending: | 09/15/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/16/15 | 001004 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602<br>Chicago, Illinois 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,144.00 | 4,036.34 |
| 07/16/15 | 001005 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Attorney for Trustee Expenses (Trus | 3120-000 | | 27.14 | 4,009.20 |
| 07/16/15 | 001006 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Claim 000006, Payment 100.00000% | 5800-000 | | 1,820.94 | 2,188.26 |
| 07/16/15 | 001007 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 4.33062% | 7100-000 | | 567.65 | 1,620.61 |
| 07/16/15 | 001008 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000002, Payment 4.33059% | 7100-000 | | 595.90 | 1,024.71 |
| 07/16/15 | 001009 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000003, Payment 4.33067%<br>(3-1) CREDIT CARD DEBT | 7100-000 | | 138.04 | 886.67 |
| 07/16/15 | 001010 | Portfolio Recovery Associates, LLC<br>successor to GENERAL ELECTRIC CAPITAL CORP | Claim 000004, Payment 4.33050% | 7100-000 | | 156.34 | 730.33 |

Page Subtotals     0.00     7,450.01

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-48468 -JPC | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | PETROV, GUEORGUI G | Bank Name: | Associated Bank |
| | BONEVA, ANGELA | Account Number / CD #: | *******7436 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4161 | | |
| For Period Ending: | 09/15/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/16/15 | 001011 | PO Box 41067<br>Norfolk, VA 23541<br>Portfolio Recovery Associates, LLC successor to CAPITAL ONE, N.A.<br>PO Box 41067<br>Norfolk, VA 23541 | Claim 000005, Payment 4.33062% | 7100-000 | | 730.33 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 34,000.00 | COLUMN TOTALS | 12,340.84 | 12,340.84 | 0.00 |
| Memo Allocation Disbursements: | 27,259.16 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 12,340.84 | 12,340.84 | |
| Memo Allocation Net: | 6,740.84 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 12,340.84 | 12,340.84 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 34,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 27,259.16 | Checking Account (Non-Interest Earn - *******7436 | 12,340.84 | 12,340.84 | 0.00 |
| | | | 12,340.84 | 12,340.84 | 0.00 |
| Total Memo Allocation Net: | 6,740.84 | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    730.33

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*